IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02563-BNB

JIMMIE WELLMON,
KIRK CITO, and
MICHAEL LUCERO,

    Plaintiffs,

v.

MITCHELL R. MORRISSEY, Denver District Attorney Second Judicial District, In his
    Personal and Official Capacities; and
CITY AND COUNTY OF DENVER,

    Defendants.

## ORDER DRAWING CASE

The Court has completed an initial review and determined that summary dismissal is not appropriate. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED September 27, 2012, at Denver, Colorado.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge