IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 12-cv-02563-PAB

JIMMIE WELLMON,
KIRK CITO, and
MICHAEL LUCERO,

    Plaintiffs,

v.

MITCHELL R. MORRISSEY, Denver District Attorney Second Judicial District, in his personal and official capacities, and
THE CITY AND COUNTY OF DENVER,

    Defendants.

## ORDER OF RECUSAL

This matter is before me on review of the file.  Although not named as a defendant, Deputy District Attorney Joe Morales appears to be a central witness regarding plaintiffs' allegations.  Because I occasionally socialize with Mr. Morales, I must recuse myself from this case.  It is therefore

    **ORDERED** that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.

    DATED October 2, 2012.

                                BY THE COURT:

                                s/Philip A. Brimmer
                                PHILIP A. BRIMMER
                                United States District Judge